| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | 2013CV2310800769 |
| ) | CIVIL CASE NUMBER |
| COUNTY OF GREENVILLE ) | |
| ) | IN THE MAGISTRATE'S COURT |
| ) | |
| ) | AFFIDAVIT OF SERVICE |

Chris Rouen
813 Barnes Road
Seneca, SC 29672
(864) 280-1806

**PLAINTIFF(S)**

Vs

Honeywell
400 S. Buncombe Road
Greer, SC 29650

**DEFENDANT(S)**

PERSONALLY APPEARED BEFORE ME ___ANDREW STOUDENMIRE___
WHO, BEING DULY SWORN, SAYS THAT, ON THE ___23___ DAY OF ___July___ 20_13_,
S/HE SERVED __Honeywell / (Amber Robinson)__
THE DEFENDANT ABOVE NAMED, BY DELIVERING COPIES THEREOF TO _400 S. BUNCOMBE ROAD, GREER, SC 29650_
_____ PERSONALLY AND LEAVING THE SAME WITH
_____

AT __10:20__
_____, THE PLACE OF RESIDENCE/WORK/OTHER OF SAID DEFENDANT AND
THAT THE DEPONENT IS NOT A PARTY TO THIS ACTION.

☐ UNABLE TO LOCATE AND SERVE THE ABOVE PROCESS ON THE DEFENDANT AFTER DILIGENT EFFORTS TO DO SO. THE PROCESS IS RETURNED UNEXECUTED.

_____(signature)_____                    SUBSCRIBED AND SWORN TO BEFORE ME THIS
DEPUTY SHERIFF/CONSTABLE/PROCESS SERVER        _24_ DAY OF _J_, 2013
___7-23-13___                                _____(signature)_____
DATE                                         NOTARY PUBLIC OF SOUTH CAROLINA

Return to:

Greer Summary Court
100 South Main Street, Suite A
Greer, SC 29650
Phone: (864) 877-7464  Fax: -

MV 65

| | |
|---|---|
| STATE OF SOUTH CAROLINA | )    **2013CV2310800769** |
| | )    CIVIL CASE NUMBER |
| COUNTY OF GREENVILLE | ) |
| | )    IN THE MAGISTRATE'S COURT |
| | ) |
| | )    SUMMONS |

Chris Rouen
813 Barnes Road
Seneca, SC 29672
(864) 280-1806

PLAINTIFF(S)

Vs

Honeywell
400 S. Buncombe Road
Greer, SC 29650

DEFENDANT(S)

### TO THE DEFENDANT(S) NAMED ABOVE:

**YOU ARE SUMMONED** and required to Answer the allegations and present any appropriate Counterclaims/Crossclaims to the attached Complaint/Counterclaim within THIRTY days from the first day after receipt of this Summons. Your Answer must be received by the:

**Greenville County**
**Greer Summary Court**
**100 South Main Street, Suite A**
**Greer, SC 29650**
**Phone: (864) 877-7464**

If you fail to Answer within the prescribed time, a Judgment by Default will be rendered against you for the amount or other remedy requested in the attached Complaint, plus interest and costs.

Given under my hand:

*[signature]*

JUDGE Robert F. Simms

## READ ATTACHED INSTRUCTIONS CAREFULLY

July 3, 2013

MV 38

2013CV2310800769
CIVIL CASE NUMBER

STATE OF SOUTH CAROLINA )
) IN THE MAGISTRATE'S COURT
COUNTY OF )

Chris Rouen
813 BARNES ROAD — PLAINTIFF
SENECA, SC 29672 — STREET ADDRESS
864-280-1806 — CITY, STATE ZIP
TELEPHONE

VS.

HONEYWELL — COMPLAINT
400 S. Buncombe Road — DEFENDANT(S)
GREER, SC 29650-1210 — STREET ADDRESS
864-989-3700 — CITY, STATE ZIP
TELEPHONE

I, Chris Rouen, the plaintiff in this civil action do make the following claims:

1. I believe the defendant, HONEYWELL, is a resident of GREENVILLE County, and resides at 400 S. Buncombe Rd. GREER, SC which is within Judge Simms's magisterial jurisdiction or this Complaint is properly filed in _____ County.

2. I make this complaint on the following:

PLEAS SEE ATTACHED DOCUMENTS PAGES 1-4

(Attach supplement if necessary)

3. I believe, because of the above information, that I am entitled to and do request a judgment for $ 7,253 and/or other relief as below requested:

including any costs resulting in this action.

I state under penalty of perjury that the above is correct and truthful, except those based on my information and belief.

Dated: 6/18/13

Signature of Plaintiff (or his attorney)

**STATE OF SOUTH CAROLINA**

**COUNTY OF GREENVILLE**

Name: Chris Rouen
Address: 813 Barnes Road, Seneca, SC 29672
Phone: 864 280 1806 **PLAINTIFF(S)**

VS.

Name: Honeywell
Address: 400 S. Buncombe Road, Greer, SC 29650-1210
Phone: 864 989 3700 **DEFENDANT(S)**

_2013_ CV23108 _00769_

**CIVIL CASE NUMBER**

**IN THE MAGISTRATE'S COURT**

**AFFIDAVIT AND ITEMIZATION OF ACCOUNTS**

Plaintiff, Chris Rouen, personally appeared before me, who, being duly sworn, states that he is the plaintiff in this action, and that the itemization of accounts which follows is true and correct.

He further states that no part of the sum included in the itemization below has been paid or satisfied in any fashion, and is today due and owed to him.

PLEASE See Exhibit 4 Attached

**Itemization of Accounts**

| Description | Amount |
|---|---|
| Violation Penalties | $6,000 |
| April 15th Certified Fee | $4.15 |
| $80 Filing Fee | $80.00 |
| 6/18 Certified Fee | $6.00 |
| Mileage To/From Greer | $63.28 |
| Time To Research/Prepare | $1,100 |
| **TOTAL** | **$7,253** |

(Copies of bills, papers, or other proof of any of the above accounts should be attached to this document.)

Sworn to before me, this ___3___ day of _July_, 20_13_

_Denise Mikel Peg_
Magistrate or Notary Public for
South Carolina My Commission Expires

6/18/13

PLAINTIFF (or his attorney)

6:13-cv-02276-JMC     Date Filed 08/21/13     Entry Number 1-1     Page 5 of 10
08/02/2013  15:56  8648798742                GREER SUMMARY COURT                    PAGE  06/11

Page 1 of 4

## Documentation Request

Prior to trial (no later than 2 weeks prior to trial), I respectfully request:

1. Copies of ALL email correspondence between myself and Honeywell General Counsel Jeannine Lane. Ms. Lane's contact info is:

   Email: Jeannine.Lane@Honeywell.com
   Office Phone: 516-577-2640
   Mobile Phone: 203-558-0083

Within this email correspondence is the name of a Honeywell distributor Ms. Lane identified in a phone conversation with myself on or around April 25, 2013.

2. A copy of the signed Honeywell Distributor Agreement between Honeywell and the distributor Ms. Lane identified. This agreement must be the agreement that was in force on March 22, 2013, and include any requirements by Honeywell that the distributor follow the Telephone Consumer Protection Act.

## Complaint

I received a new phone number (864-886-1297) in July 2007. When I received this phone number, I immediately registered it on the Do Not Call Registry. Honeywell Security has violated the Telephone Consumer Protection Act 5 times (Exhibit 1 – Honeywell Call Log).

In October 2012, I received a recorded call stating something along the lines that the "FBI has identified a significant increase in burglaries and please press key #X to hear more. On the 1st call in October, I pushed the button. When the rep came on the line, he asked me if I would be interested in a home security system at a special price. When I asked him which company, he stated "Honeywell". I stated very strongly that I was on the DO NOT CALL LIST AND TO NOT CALL ME AGAIN! I also stated I would now track any more of these calls.

I received the same recorded calls 3 more times as follows: 12/14/12 11 AM, 1/10/13 10:30 AM, and 2/21/13 at 10:00 PM. In each call, I pushed the # to connect to a rep. Every time I asked, I was told they represented Honeywell. On All 3 calls I told them I had ALREADY TOLD THEM I WAS ON THE DO NOT CALL REGISTRY. On the 12/14 and 1/10 call, they simply hung up. On the 2/21 call, the male rep rudely stated: "then why do YOU keep pushing the button to hear about more information". He then hung up.

On 3/21/13 at 9:25 P.M., I received a call from phone # 803-343-9339. I have outlined this call in an email (Exhibit 2) I sent to the President of Honeywell Security and the admin to the President of all of Honeywell. I received no response. I also included an audio clip of the call.

On 4/15/13, I sent a certified letter (Exhibit 3) to the president of Honeywell Security threatening to sue. I received a call from Honeywell General Counsel (Ms. Jeannine Lane), but she stated Honeywell is not accepting any responsibility for these calls.

Page 2 of 4

# Honeywell

12/14    11:00 AM

Jan 10    10:30 AM

Feb 21    10 pm
          ↑
          pAST 9

Exhibit 1 - Call Log

Page 3 of 4

## Chris

**From:** Chris [mailto:rcrhome@gmail.com]
**Sent:** Friday, March 22, 2013 3:37 PM
**To:** 'roger.fradin@honeywell.com'
**Cc:** 'lois@honeywell.com'; 'jodi.larson@honeywell.com'
**Subject:** Recorded profanity by your Honeywell call center employee to a person on the National 'Do Not Call List'.

Mr. Roger Fradin
CEO Honeywell Automation and Control Systems

I have attached a voice recording that has profanity in it. Be prepared so your audience knows.

My name is Chris Rouen. I live in Seneca, SC. I am on the National 'do not call list'.

Over the last year, I have received numerous calls from Honeywell regarding the purchase of security solutions. All of these are coming from 800 numbers that do not answer when I call back. In every one of these calls I have told your agents that I am on National 'do not call list' and to NOT CALL ME! You and I both know that repeated calls are violations.

Last evening (3/21) a call came through at 9:25 PM on a Columbia, SC phone # (ph 803-343-9339). When I again told your employee (Roger) to not call me, he told me to 'f' myself and hung up. I called back and 'lo and behold', I got your actual call center. I asked to speak to the supervisor. When the supervisor (Mike Fryman)) came on the line, I told him what happened and I said he had 15 minutes to have the agent call me back and apologize or I would file a complaint with the state. I received a call back 5 minutes later from Mike's boss. His name was Chris. When he called, I began recording our conversation (see attached file) and you will see your employee Chris giving me permission to record.

Please listen to the recording and provide your input. You are responsible for your contract employees. I transferred this recording from my iphone. It is an AIFF file and I was only able to listen to it using iTunes.

I retired from GE. Like GE, Honeywell is a great company. But when I continue to get these calls for over a year; even after I have been crystal clear about NOT wanting to receive them, something is out of control.

Please take this seriously and do not ignore this email.

Chris Rouen
813 Barnes Road
Seneca, SC 29672
Ph. 864-280-1806

Exhibit 2

1

Page 4 of 4

April 15, 2013

Mr. Roger Fradin
President/CEO Honeywell
Honeywell International
101 Columbia Road
Mailstop-M6/LM
Morristown, NJ  07962

Dear Mr. Fradin:

Attached is a copy of the email I sent you on 3/22/13. I have not received a response to my complaint about the many violations your Honeywell team has committed in their multiple calls to my home.

I am prepared to file suit in Magistrate Court against Honeywell for these documented violations. <u>This suit will be filed 3 weeks from when my certified letter is delivered unless we can reach a settlement for these violations.</u>

Since I am representing myself, I can be contacted as follows:

Chris Rouen
813 Barnes Road
Seneca, SC  29672
Phone: 864-280-1806
Email: rcrhome@gmail.com

Regards,

Chris Rouen



Exhibit 3

| Calls | Violation of Do Not Call | Recorded FBI Call | Call after 9:00 PM | Harassment Vulgarity |
|---|---|---|---|---|
| October 2012 Call | X | X | | |
| 12/14/2012 11:00:00 AM | X | X | | |
| 1/10/2013 10:30:00 AM | X | X | | |
| 1/21/13 10:00 PM | X | X | X | |
| 3/21/13 9:25 PM | X | | X | X |

Each X is a $500 violation of the Telephone Consumer Protection Act. Total of 12 x's =$6,000

| | |
|---|---|
| Total Violation Penalities | 6,000 |
| April 15th Certifed Letter | 4.15 |
| $80 filing fee | 80 |
| Certified comlaint mailing | 6 |
| Mileage to/from Greer 112 miles at .565 cents/mile | 63.28 |
| Time to research/prepare lawsuit 11 hours at $100/hour | 1,100 |
| **Total damages** | **7,253** |

Exhibit 4

South Carolina Secretary of State: Search Business Filings

Page 1 of 2



# HONEYWELL, INC.

Note: This online database was last updated on 8/1/2013 6:01:59 PM.
See our Disclaimer.

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Foreign |
| **STATUS:** | Dissolved |
| **STATE OF INCORPORATION / ORGANIZATION:** | DELAWARE  Profit |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | C T CORPORATION SYSTEM |
| **ADDRESS:** | 75 BEATTIE PLACE |
| **CITY:** | GREENVILLE |
| **STATE:** | SC |
| **ZIP:** | 20601 |
| **SECOND ADDRESS:** | TWO INSIGNIA FINANCIAL PLAZA |
| **FILE DATE:** | 11/02/1951 |
| **EFFECTIVE DATE:** | 11/02/1951 |
| **DISSOLVED DATE:** | 07/18/2002 |

## Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Withdrawal | 07/18/2002 | WDR/ADD FOR SVC-101 COLUMBIA RD, MORRISTOWN NJ 07962 | Image |
| Agent | 01/17/2000 | CH AGT/ADD FR-PRENTICE HALL CORP | Image |
| Agent | 06/11/1999 | Agent Change of Address | Image |
| Agent | 12/30/1992 | CH AGT/ADD FROM-C T CORP SYSTEM | Image |
| Foreign Amendment | 06/14/1991 | STOCK INCREASE AMD | Film |
| Foreign Amendment | 08/30/1987 | CERTIFICATE OF AMENDMENT | Film |
| Merger | 03/31/1987 | SUR MER W 2 CORPS NQ & 2 QUALIFIED | Film |
| Foreign Amendment | 10/22/1985 | AMD | Film |
| Amendment | 09/05/1984 | RESTATED CERT | Film |
| Amendment | 08/30/1984 | STK AMD | Film |
| Amendment | 07/28/1981 | STK AMD | Film |
| Amendment | 07/26/1971 | INCREASE | Film |
| Amendment | 12/06/1968 | DECREASE & RETIREMENT | Film |